IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                         NO. 4:96CR00232-01 SWW

CARL WATTS

**ORDER**

Defendant, Carl Watts, appeared before this court on July 14, 2005 to show cause, if any, why his supervised release should not be revoked. Defendant admitted to the allegations in the petition and the court revokes supervised release.

Defendant is to be committed to the custody of the Bureau of Prisons for a period of 9 months. The court recommends that the defendant be incarcerated in the Texarkana Texas facility. During his incarceration, the court recommends that the defendant participate in a residential or nonresidential substance abuse treatment program during his incarceration.

Defendant shall remain in the custody of the U. S. Marshal.

IT IS SO ORDERED this 21st day of July, 2005.

/s/Susan Webber Wright

Chief United States District Judge